IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01828-REB-KLM

DOMINIC GONZALES,

     Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

     Defendant.

_____

## MINUTE   ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

This matter comes before the Court on the Parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 9; filed October 16, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.


Dated:      October 30, 2007